No. 04–7253. KINCADE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7293. PUCKETT v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04–7553. JOHNSON v. CARROLL, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8004. SAMPSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–8013. HERNANDEZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04–8036. CHESTER v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8038. COREY v. REICH ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–8040. DORROUGH v. SULLIVAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8043. DECKER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–8046. CADMAN v. JOHANSEN, JUDGE, SEVENTH DISTRICT JUVENILE COURT OF UTAH, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–8047. DOCKERAY v. PRICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–8048. EPPERSON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 04–8050. LEVINE v. NEW JERSEY DEPARTMENT OF LAW & PUBLIC SAFETY ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–8053. SIDES v. CITY OF CHAMPAIGN, ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.